IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER |
| Plaintiff, | |
| | 11-cr-025-wmc |
| v. | |
| MAURICE MAXWELL, | |
| Defendant. | |

IT IS ORDERED that a subpoena shall be issued for the second day of trial to Superintendent Patrick Melman of the Drug Abuse Correctional Center ("DAC"), 1305 North Drive, Winnebago, WI 54985. Dkt. #56, page 1, shall be attached to the subpoena. Mr. Melman, or someone knowledgeable from DAC, is being subpoenaed as to the meaning of the attached document, including the test results. The witness may appear via video conferencing if arrangements are made in advance by contacting Melissa Hardin at 608-264-5087.

Entered this 1st day of December, 2011.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge

1